IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALTON N. VANDERPOELII, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>MACKELL A. STEPHENS, an individual; and NAVAJO EXPRESS, INC., a corporation;<br><br>    Defendants. | 8:14CV329<br><br>ORDER |

The records of the court show that on October 27, 2014, (Filing No. 3), a letter was sent to Attorney, Andrew J. Moak, from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of December 5, 2014, Attorney, Andrew J. Moak, has not complied with the request set forth in the letter from the Office of the Clerk.

Accordingly, IT IS ORDERED,

On or before January 5, 2015, Attorney, Andrew J. Moak must register for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 5th day of December, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge