IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALTON N. VANDERPOEL II, an individual;<br><br>            Plaintiff,<br><br>vs.<br><br>MACKELL A. STEPHENS, an individual; and NAVAJO EXPRESS, INC., a corporation;<br><br>            Defendants. | **8:14CV329**<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 30 days, or until April 13, 2015, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed without further notice pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of April 14, 2015 to verify compliance with this order.

Dated this 12th day of March, 2015

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge