IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALTON N. VANDERPOELII, an individual;<br><br>                     Plaintiff,<br><br>          vs.<br><br>MACKELL A. STEPHENS, an individual; and  NAVAJO EXPRESS, INC., a corporation;<br><br>                     Defendants. | **8:14CV329**<br><br>**MEMORANDUM AND ORDER** |

The complaint in this case was filed on October 27, 2014. (Filing No. 1).  Service of summons was completed on defendant Navajo Express on April 7, 2015. (Filing No. 6).  Service of summons was completed on Defendant Mackell A. Stephens on May 6, 2015. (Filing No. 14).  Defendants have not yet entered appearances and Plaintiff has not moved for default under Fed. R. Civ. P. 55.


Accordingly,


IT IS ORDERED:


1)      Plaintiff has until November 5, 2015 to move for default or otherwise progress this case.  Absent any such filing by the Plaintiff the case may be dismissed for want of prosecution.


2)      The clerk shall set a case management deadline of November 12, 2015 to verify compliance with this order.


Dated this 8th day of October, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge