IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALTON N. VANDERPOEL II, an individual, | ) ) ) | |
| Plaintiff, | ) ) | 8:14CV329 |
| v. | ) ) ) | |
| MACKELL A. STEPHENS, an individual, and NAVAJO EXPRESS, INC., a corporation, | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) ) | |

Pursuant to the plaintiff's Stipulation of Dismissal (Filing 16) filed prior to service of an answer or motion for summary judgment, and pursuant to Fed. R. Civ. P. 41, this case is dismissed with prejudice.

DATED this 4th day of November, 2015.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge